No. 56895.—B. Westergaard & Co. *v.* United States, protests 147966–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel and following *B. Westergaard & Co.* v. *United States* (26 Cust. Ct. 77, C. D. 1302), the cheese knives, with or without handles, were held properly dutiable under paragraph 355, as modified, *supra*, as follows: The items marked "A," stipulated to consist of cheese knives, at 2 cents each and 12½ percent ad valorem; the items marked "B," stipulated to consist of cheese knives, with handles of nickel silver, the said knives being less than 4 inches in length, exclusive of the handles, at 2 cents each and 25 percent ad valorem; the items marked "C," stipulated to consist of cheese knives, without handles, with blades less than 6 inches in length, at 1 cent each and 12½ percent ad valorem; and the items marked "R," stipulated to

consist of cheese knives, with handles of austenitic steel, less than 4 inches in length, exclusive of the handles, at 2 cents each and 17½ percent ad valorem.